UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States | ) Criminal Docket #:  1:16mj0279 |
| v. | ) |
| SCHMITZ, Kyler | ) |

## ORDER

The following Condition(s) of Release shall be added:

- **Defendant allowed to travel to the District of Columbia, with advance permission and approval by pretrial services, for a one-time meeting with his doctor, located at Price Medical.**

All other conditions of release remain in full force and effect.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

9/1/16
Date